UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
EX REL., EDWARD DECKER,

    Plaintiff,

v.                                          Case No. 8:07-cv-945-T-24 MAP

USA ENVIRONMENTAL, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the Relator's Motion for the Case to Remain Under Seal Pursuant to 31 U.S.C. § 3730(b)(2). (Doc. No. 8).

Section 3730(b)(2) provides:

> A copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure. The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders. The Government may elect to intervene and proceed with the action within 60 days after it receives both the complaint and the material evidence and information.

31 U.S.C. § 3730(b)(2). However, this case was filed on June 1, 2007, and there is nothing before the Court that shows that the Relator complied with this statute.

Additionally, the Court notes that § 3730(b)(3) provides: "The Government may, for good cause shown, move the court for extensions of the time during which the complaint remains under seal under [§ 3730(b)(2)]. Any such motions may be supported by affidavits or other submissions in camera." However, in this case, the Government has not moved for an extension; rather, the Relator is requesting an extension of time for the complaint to remain

under seal.

Since there has not been a showing that the Relator has complied with § 3730(b)(2), and since the Government has not filed a motion requesting an extension, the Court will not grant the instant motion, and instead, the Court will unseal this case and direct the Relator to serve Defendant by December 21, 2007.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)  The Relator's Motion for the Case to Remain Under Seal (Doc. No. 8) is **DENIED**;

(2)  The Clerk is directed to unseal the complaint; and

(3)  The Relator is directed to serve Defendant by December 21, 2007.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record